ROGERS v. MAXWELL MOTOR CO. (Circuit Court of Appeals, Sixth. Circuit. March 6, 1922.) No. 3693. Appeal from the District Court of the United States for the Southern Division of the Eastern District of Michigan; Arthur J. Tuttle, Judge. Geer & Martin, of Detroit, Mich., for appellant. Campbell, Bulkley & Ledyard, of Detroit, Mich., for appellee.

PER CURIAM. Appeal dismissed under rule 18, of this court (202 Fed. xii, 118 C. C. A. xii), on motion of appellee.

———

SAMUELS v. E. F. DREW & CO., Inc. CLARK THREAD CO v. LOWENTHAL. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 57. Appeal from the District Court of the United States for the Southern District of New York. Suit in equity by Sumner L. Samuels against E. F. Drew & Co., Inc., in which Max Lowenthal was appointed as receiver in equity for the defendant company. From an order denying the petition of the Clark Thread Company to have assets in the hands of the receiver impressed with a trust in favor of the petitioner, petitioner appeals. Affirmed. See, also, 284 Fed. 1021. Oudin, Kilbreth & Schackno, of New York City (James T. Kilbreth and Walter J. Sweeney, both of New York City, of counsel), for petitioner. Franc & Becker, of New York City (Alfred L. Becker, of New York City, of counsel), for receiver appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.

———

SAMUELS v. E. F. DREW & CO., Inc. LEVER BROTHERS CO. v LOWENTHAL. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 64. Appeal from the District Court of the United States for the Southern District of New York. Suit in equity by Sumner L. Samuels against E. F. Drew & Co., Inc., in which Max Lowenthal was appointed as receiver in equity for the defendant company. From an order denying the petition of the Lever Bros. Company to have assets in the hands of the receiver impressed with a trust in favor of the petitioner, petitioner appeals. Affirmed. See, also, 284 Fed. 1021. Larkin, Rathbone & Perry, of New York City (Donald O. Muhleman and Henry E. Kelley, both of New York City, of counsel), for petitioner appellant. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.

———

SMITH et al. v. DAVIS, Agent. (Circuit Court of Appeals, Eighth Circuit. September 11, 1922.) No. 6111. In Error to the District Court of the United States for the District of Utah. Thomas Marioneaux, of Salt Lake City. Utah, for plaintiffs in error. Dana T. Smith, George H. Smith, J. V. Lyle, and Robert B. Porter, all of Salt Lake City, Utah, F. R. McNamee, of Los Angeles, Cal., and Leo A. McNamee, of Las Vegas, Nev., for defendant in error.

PER CURIAM. Writ of error dismissed, on motion of defendant in error. Motion of plaintiff in error for continuance denied.

———

STRONG et al. v. WESTERFIELD. (Circuit Court of Appeals, Eighth Circuit. July 29, 1922.) No. 6063. In Error to the District Court of the United States for the District of New Mexico. O. N. Marron and Francis E. Wood, both of Albuquerque, N. M., for plaintiffs in error. F. O. Westerfield, of Albuquerque, N. M., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiffs in error, per stipulation of parties. Mandate to issue forthwith.